

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 18 2023**

JEFFREY P. COLWELL
CLERK

Joshua Cordova 117806, Plaintiff

v.

Colorado Dept of Corrections/Medical Provider,

Nurse II Vani Russell (CTCF),

Dr. Buchanan (CTCF),

Colorado Dept of Corrections Classification, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided free of charge by CO DOC Legal Services to
Offender Cordova            DOC# 117806
Date OCT 12 2023

### A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joshua Cordova CDOC# 117806 AVCF 12750 HWY 96 @ Lane 13 Ordway, CO 81034
(Name, prisoner identification number, and complete mailing address)

Joshua Aaron Cordova
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
✓ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

### B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado Dept of Corrections / Medical Providers
(Name, job title, and complete mailing address)

There in

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Medical Providers & Colorado Dept of Corrections
Housing & Classification

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

Original form provided free of Charge by CO DOC Legal Services to
Offender  Cordova                DOC# 117806
Date  OCT 12 2023

Defendant 2: __VANI RUSSELL (NURSE II)__
(Name, job title, and complete mailing address)

__TERRITORIAL CORRECTIONAL FACILITY "CTCF"__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__ACTING AS A NURSE II AT TERRORTORIAL CORRECTIONAL FACILITY__

Defendant 2 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant 3: __DR. BUCHANAN__
(Name, job title, and complete mailing address)

__TERRORTORIAL CORRECTIONAL FACILITY "CTCF"__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__AS FACILITY DOCTOR, HE MISDIAGNOSIED, DEFLECTED, AND MISTREATED WITHOUT ANY PROFESSIONAL REASONING__

Defendant 3 is being sued in his/her ✓ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

Original form provided free of Charge by CO DOC Legal Services to
3   Offender Cordova                    DOC# 117806
Date OCT 1 2 2023

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: MISTREATMENT, FAILURE TO GIVE ADEQUATE MEDICAL TREATMENT.

Claim one is asserted against these Defendant(s):
ALL LISTED / COLORADO DEPT OF CORRECTIONS, NURSE VANI RUSSELL, DR. BUCHANAN / CLASSIFICATION

Supporting facts: BEEN DIOGNOSED W/ "CIRRHOSIS OF THE LIVER" SINCE 2016. I'VE BEEN GETTING WORSE W/OUT ANY (REAL HELP) IN SLOWING/HELPING THIS PLEADER IN POSITIVE TREATMENT. MULTIPLE DATES, TIMES, GRIEVENCES ARE READY TO BE FILED AS WELL AS DOCUMENTS FROM MULTIPLE COLORADO PRISONS, AND INSTEAD OF TRYING TO HELP ME OBTAIN PROPER TREATMENT, I'VE BEEN BOUNCED FROM PRISON TO PRISON IGNORING THE FACT THAT I'M DYING & NEED A NEW LIVER, TREATMENT, ETC. NOT TO BE BOUNCED FROM PRISON TO PRISON FROM JAN 2023 UNTIL AUG 2023 FINALLY APPLYING A "MEDICAL HOLD" AT ARKANSAS VALLEY I'M IN THE STAGES OF RETAINING TOXIC CHEMICALS THAT CAUSE ME TO BECOME HOLUCINIGENIC + DISORIENTATED. I'M DYING + CDOC IS IGNORING MY REQUESTS TO BE PLACED ON A LIVER / DONOR / TRANSPLANT LIST. I'M NOT A THREAT TO ANYONE. BEING MADE TO SUFFER IN THIS INHUMAN WAY ONLY CONSTITUTES CRUEL + UNUSUAL PUNISHMENT TO SAY THE LEAST. I HAVE A 4 INCH STACK OF DOCUMENTED MEDICAL PAPERS, GRIEVENCES THAT VALIDATE ALL OF THIS. AT THE COURTS REQUEST / OR IF THIS COURT GRANTS COUNSEL, I CAN SEND ALL DOCUMENTS TO BE VIEWED + FILED. CDOC HAS RETAILATED BY SHIPPING ME TO NEW PRISONS (ROUGHLY) EVERY 45-60 DAYS, TO "START" OVER! HINDERING (ANY) TREATMENT PLANS THAT COULD'VE BEEN IMPLIMENTED. AND I DO (FEAR) FUTURE RETAILIATION BY CDOC + MEDICAL STAFF.

4

Original form provided free of Charge by CO DOC Legal Services to
Offender Cordova   DOC# 117806
Date OCT 1 2 2023

### E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✔ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____ N/A _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✔ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✔ Yes ___ No (*check one*)

Original form provided free of Charge by CO DOC Legal Services to
Offender Cordova          DOC# 117806
Date OCT 1 2 2023

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I'M REQUESTING PROPER MEDICAL TREATMENT. I'M A "WARD OF THE STATE", INDIGENT, I NEED TREATMENT, A NEW LIVER, I'M REQUESTING

1. SPECIAL NEEDS PAROLE +
2. A LIVER TRANSPLANT
3. FOR THE STATE TO REIMBURSE THIS PLEADER FOR ALL FILING + LEGAL EXPANSES THAT MAY INCURE DURING THIS PROCESS OF 1983 FILING AND ANY MONETARY DAMAGES FOR PAIN + SUFFERING.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Joshua Cordova*
(Plaintiff's signature)

10-15-2023
(Date)

(Revised November 2022)

Original form provided free of Charge by CO DOC Legal Services to Offender Cordova   DOC# 117806   Date OCT 12 2023